UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
Xingyan Cao, et al.

                Plaintiff,

-vs-

Wedding in Paris LLC, et al.

                Defendant.
--------------------------------------------------------X

**JUDGMENT**
Civil Action
1:20-cv-02336
(Kovner, J.)

      A Report and Recommendation of Honorable Joseph A. Marutollo, United States District Magistrate Judge, having been filed on February 18, 2024:

      ORDERED and ADJUDGED that I adopt Judge Marutollo's recommendations in full. Default judgment against defendants Wedding in Paris LLC, Laffection Wedding LLC, and Romantic Paris LLC is denied. Default judgment in favor of plaintiff Xingyan Cao is also denied. Default judgment in favor of plaintiffs (1) Junchen Chen, (2) He He, (3) Bozheng Jia, (4) Yue Jin, (5) Ying Li, (6) Jia Si, (7) Yiting Su, (8) Haoyi Xie, (9) Junwu Yao, (10) Rong Hua Zheng, and (11) Xingwei Zhu is granted against defendants Flushing Paris Wedding LLC and Paris Wedding Center Corp. Those plaintiffs are awarded (i) damages as set forth on page 1 of Appendix A to the amended R. & R. (Dkt. #93-1), (ii) pre-judgment interest at the per-diem rates outlined on page 72 of the amended R. & R., and (iii) post-judgment interest. In addition, plaintiffs are awarded $48,024 in attorneys' fees and $400 in costs.

      Separately, at the conclusion of the bench trial held on 4/4/2023, the Court dismissed on the merits plaintiffs' claims against defendants Max Huang, Max Wedding BK Inc., and Max Wedding NY Inc. See 4/4/2023 Minute Entry and Order.

                                                      **Brenna B. Mahoney**
                                                      Clerk of Court

                                        By: _____
                                                       Director of Court Services

Dated: March 29, 2023
Brooklyn, New York